United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE M. SOTANSKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA4, et al.,<br><br>　　　　　Defendants. | Case No. 15-CV-01489-LHK<br><br>**ORDER VACATING HEARING AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 31 |

Before the Court is a motion filed by Melissa N. Armstrong to withdraw as counsel of record for Defendant RTS Pacific, Inc. ECF No. 31. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument, and hereby VACATES the hearing on this motion, currently scheduled for August 13, 2015, at 1:30 p.m. The Court also VACATES the initial case management conference in this matter, currently scheduled for August 13, 2015, at 1:30 p.m.

1

Case No. 15-CV-01489-LHK
ORDER VACATING HEARING AND VACATING CASE MANAGEMENT CONFERENCE

**IT IS SO ORDERED.**

Dated: August 12, 2015

_____
LUCY H. KOH
United States District Judge